**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000577
10-FEB-2025
07:55 AM
Dkt. 44 OGMD**

NO. CAAP-24-0000577

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ALPHA, INC., Appellant-Appellee, v. P.B. SULLIVAN
CONSTRUCTION, INC., Appellee-Appellant, and
DEPARTMENT OF FINANCE, COUNTY OF MAUI;
MAUI COUNTY DEPARTMENT OF PUBLIC WORKS;
DESIREE L. HIKIDA, HEARINGS OFFICER, OFFICE OF
ADMINISTRATIVE HEARINGS, DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS, STATE OF HAWAIʻI, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-24-0000551)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of Appellant-Appellee Alpha, Inc.'s December 12, 2024 Motion to Dismiss Appeal as Moot, the papers in support, the statements of no opposition filed by Appellee-Appellant P.B. Sullivan Construction, Inc. and Appellees-Appellees Department of Finance, County of Maui and Maui County Department of Public Works, and the record, it appears that the parties to the appeal do not dispute the appeal should be dismissed as moot. Dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, February 10, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge